| | |
|---|---|
| CURTIS J. BUSBY<br>Nevada Bar No. 6581<br>**BOWMAN AND BROOKE LLP**<br>2901 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012<br>(602) 643-2300 (Telephone)<br>(602) 248-0947 (Facsimile)<br>curtis.busby@bowmanandbrooke.com<br><br>MARIO D. VALENCIA<br>Nevada Bar No. 6154<br>**ATTORNEY AT LAW, LLC**<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012<br>(702) 384-7494 (Telephone)<br>(702) 384-7545 (Facsimile)<br>valencia.mario@gmail.com | |

Attorneys for Defendants Trench France, S.A.S. and Trench Limited

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy,<br><br>Plaintiffs,<br><br>v.<br><br>TRENCH FRANCE, S.A.S. and TRENCH LIMITED,<br><br>Defendants. | Case No. 2:19-cv-01252<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**ORDER** |

Defendant Trench Limited filed its Motion to Dismiss on November 12, 2019 (Doc. 12). Thereupon, Plaintiffs filed their Response to Defendant's Motion to Dismiss on November 26, 2019. (Doc. 15). Trench Limited's deadline to reply is currently December 3, 2019. Plaintiffs and Trench Limited, by and through their respective counsel undersigned, hereby stipulate and respectfully request an order that Trench Limited shall have to and including December 10, 2019, to respond in support of its Motion to Dismiss.

Given the upcoming holiday weekend and the complexity of the issues involved, defense counsel requested additional time to prepare their briefing. This extension is made in

good faith and not for purpose of delay.

DATED this 27th day of November, 2019.

| **SANTORO WHITMIRE** | **BOWMAN AND BROOKE LLP** |
|---|---|
| By: /s/James E. Whitmire (with permission) | By: /s/Curtis J. Busby |
| Nicholas J. Santoro | Curtis J. Busby |
| Nevada Bar No. 532 | Nevada Bar No. 6581 |
| James E. Whitmire | Suite 1600, Phoenix Plaza |
| Nevada Bar No. 6533 | 2901 North Central Avenue |
| SANTOR WHITMIRE | Phoenix, Arizona 85012-2736 |
| 10100 West Charleston Blvd., Ste 250 | |
| Las Vegas, Nevada 89135 | Mario D. Valencia |
| | Nevada Bar No. 6154 |
| Charles R. Messer | **Attorney at Law, LLC** |
| CARLSON & MESSER LLP | 40 S. Stephanie St., Ste. 201 |
| 5901 W. Century Blvd., Ste. 1200 | Henderson, Nevada 89012 |
| Los Angeles, California 90045 | |
| | Attorneys for Defendants Trench France, S.A.A. and Trench Limited |
| Attorneys for Plaintiffs | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: December 2, 2019.