1  CURTIS J. BUSBY
   Nevada Bar No. 6581
2  **BOWMAN AND BROOKE LLP**
   2901 North Central Avenue, Suite 1600
3  Phoenix, Arizona 85012
   (602) 643-2300 (Telephone)
4  (602) 248-0947 (Facsimile)
   curtis.busby@bowmanandbrooke.com
5
   MARIO D. VALENCIA
6  Nevada Bar No. 6154
   **ATTORNEY AT LAW, LLC**
7  40 S. Stephanie St., Ste. 201
   Henderson, Nevada 89012
8  (702) 384-7494 (Telephone)
   (702) 384-7545 (Facsimile)
9  valencia.mario@gmail.com

10 Attorneys for Defendants Trench France, S.A.S. and Trench Limited

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy,<br><br>Plaintiffs,<br><br>v.<br><br>TRENCH FRANCE, S.A.S. and TRENCH LIMITED,<br><br>Defendants. | Case No. 2:19-cv-01252<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE RE TRENCH FRANCE'S MOTION TO DISMISS**<br><br>**ORDER** |

Defendant Trench France, S.A.S ("Trench France") filed its Motion to Dismiss on December 12, 2019 (Doc. 28). Plaintiffs' opposition is currently due on December 26, 2019 and Trench France's deadline to reply is currently January 3, 2020. Plaintiffs and Trench France, by and through their respective counsel undersigned, hereby stipulate and respectfully request an order that Plaintiffs shall have up to and including January 10, 2020 to file its opposition and Trench France shall have up to and including January 24, 2020, to file its reply in support of its Motion to Dismiss.

Given the upcoming holidays and the complexity of the issues involved, all counsel request additional time to prepare their briefing. This extension is made in good faith and not for purpose of

delay.

DATED this 17th day of December, 2019.

| **SANTORO WHITMIRE** | **BOWMAN AND BROOKE LLP** |
|---|---|
| By: /s/James E. Whitmire (with permission)<br>Nicholas J. Santoro<br>Nevada Bar No. 532<br>James E. Whitmire<br>Nevada Bar No. 6533<br>SANTOR WHITMIRE<br>10100 West Charleston Blvd., Ste 250<br>Las Vegas, Nevada 89135<br><br>Charles R. Messer<br>CARLSON & MESSER LLP<br>5901 W. Century Blvd., Ste. 1200<br>Los Angeles, California 90045<br><br>Attorneys for Plaintiffs | By: /s/Curtis J. Busby<br>Curtis J. Busby<br>Nevada Bar No. 6581<br>Suite 1600, Phoenix Plaza<br>2901 North Central Avenue<br>Phoenix, Arizona 85012-2736<br><br>Mario D. Valencia<br>Nevada Bar No. 6154<br>**Attorney at Law, LLC**<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012<br><br>Attorneys for Defendants Trench France, S.A.A. and Trench Limited |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: December 18, 2019.