C

CURTIS J. BUSBY
Nevada Bar No. 6581
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
(602) 643-2300 (Telephone)
(602) 248-0947 (Facsimile)
curtis.busby@bowmanandbrooke.com

MARIO D. VALENCIA
Nevada Bar No. 6154
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
(702) 384-7494 (Telephone)
(702) 384-7545 (Facsimile)
valencia.mario@gmail.com

Attorneys for Defendants Trench France, S.A.S. and Trench Limited

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy,<br><br>Plaintiffs,<br><br>v.<br><br>TRENCH FRANCE, S.A.S. and TRENCH LIMITED,<br><br>Defendants. | Case No. 2:19-cv-01252-JAD-VCF<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE RE TRENCH FRANCE'S MOTION TO STAY DISCOVERY** |

On December 13, 2019, defendants Trench Limited and Trench France, S.A.S (collectively, "the Trench defendants") filed a Motion to Stay Discovery Pending Rulings on Motions to Dismiss (Doc. 29). Plaintiffs' opposition to that Motion to Stay is currently due on December 27, 2019 and the Trench defendants' deadline to reply is currently January 3, 2020.

Plaintiffs and the Trench defendants, by and through their respective counsel undersigned, hereby stipulate and respectfully request an order that Plaintiffs shall have up to and including January 6, 2020 to file their Opposition to the Motion to Stay, and the Trench defendants shall have up to and including January 21, 2020 to file their Reply in support of its Motion to Stay Discovery.

{00127974;1}

Given the upcoming holidays and the complexity of the issues involved, all counsel request additional time to prepare their briefing. This extension is made in good faith and not for purpose of delay.

DATED this 23rd day of December, 2019.

| **SANTORO WHITMIRE** | **BOWMAN AND BROOKE LLP** |
|---|---|
| By: /s/James E. Whitmire (with permission)<br>Nicholas J. Santoro<br>Nevada Bar No. 532<br>James E. Whitmire<br>Nevada Bar No. 6533<br>SANTOR WHITMIRE<br>10100 West Charleston Blvd., Ste 250<br>Las Vegas, Nevada 89135<br><br>Charles R. Messer<br>CARLSON & MESSER LLP<br>5901 W. Century Blvd., Ste. 1200<br>Los Angeles, California 90045<br><br>Attorneys for Plaintiffs | By: /s/Curtis J. Busby<br>Curtis J. Busby<br>Nevada Bar No. 6581<br>Suite 1600, Phoenix Plaza<br>2901 North Central Avenue<br>Phoenix, Arizona 85012-2736<br><br>Mario D. Valencia<br>Nevada Bar No. 6154<br>**Attorney at Law, LLC**<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012<br><br>Attorneys for Defendants Trench France, S.A.A. and Trench Limited |

IT IS SO ORDERED:

DATED: 12-26-2019

_____
UNITED STATES MAGISTRATE JUDGE