1  CURTIS J. BUSBY
   Nevada Bar No. 6581
2  **BOWMAN AND BROOKE LLP**
   2901 North Central Avenue, Suite 1600
3  Phoenix, Arizona 85012
   (602) 643-2300 (Telephone)
4  (602) 248-0947 (Facsimile)
   curtis.busby@bowmanandbrooke.com
5
   MARIO D. VALENCIA
6  Nevada Bar No. 6154
   **ATTORNEY AT LAW, LLC**
7  40 S. Stephanie St., Ste. 201
   Henderson, Nevada 89012
8  (702) 384-7494 (Telephone)
   (702) 384-7545 (Facsimile)
9  valencia.mario@gmail.com

10 Attorneys for Defendants Trench France, S.A.S. and Trench Limited

11                **UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF NEVADA**

13 NEVADA POWER COMPANY d/b/a NV Energy          Case No. 2:19-cv-01252 -JAD-VCF
   and SIERRA PACIFIC POWER COMPANY
14 d/b/a NV Energy,

15              Plaintiffs,                       **STIPULATION AND ORDER
                                                  MODIFYING THE DEADLINES TO
16 v.                                             FILE JOINT DISCOVERY PLANS
                                                  AND SCHEDULING ORDERS**
17 TRENCH FRANCE, S.A.S. and TRENCH
   LIMITED,
18
                Defendants.
19

20        When Defendant Trench Limited filed its Motion to Dismiss on November 12, 2019 (Doc.

21 12) the court set a December 27, 2019 deadline to file a Joint Discovery Plan and Proposed Scheduling

22 Order.  When Defendant Trench France, S.A.S (Trench France) filed its Motion to Dismiss on

23 December 12, 2019 (Doc. 28), the court set a January 26, 2020 deadline to file a Joint Discovery Plan

24 and Proposed Scheduling Order.

25        Plaintiffs and defendant Trench Limited attended a timely Rule 26 Conference more than 14

26 days before their December 27, 2019 filing-deadline, and Plaintiffs have sent to defense counsel a

27 draft Joint Discovery Plan and Proposed Scheduling Order.

28        Plaintiffs and Defendant Trench France will attend a timely Rule 26 Conference at least 14

{00127707;1}

1  days prior to their January 26, 2020 filing deadline.

2       All parties suggest that a single Joint Discovery Plan and Proposed Scheduling Order makes

3  more sense than filing one Plan and Order on December 27, 2019, and then filing another Plan and

4  Order on January 26, 2020.   Also, one of Plaintiffs' attorneys will attend a destination wedding in

5  the Bahamas January 22-28, 2020, which makes the January 26, 2020 deadline difficult.  Accordingly,

6  the parties stipulate and agree that the deadline for all parties to file a file a single Joint Discovery

7  Plan and Proposed Scheduling Order should be January 31, 2020.

8       Given the upcoming holidays and the complexity of the issues involved, all counsel request

9  this time to prepare and file a Joint Discovery Plan and Proposed Scheduling Order.  This extension

10 is made in good faith and not for purpose of delay.

11      DATED this 18th day of December, 2019.

12 **SANTORO WHITMIRE**                          **BOWMAN AND BROOKE LLP**

13

14
   By: /s/James E. Whitmire (with permission)     By: /s/Curtis J. Busby
15      Nicholas J. Santoro                           Curtis J. Busby
        Nevada Bar No. 532                            Nevada Bar No. 6581
16      James E. Whitmire                             Suite 1600, Phoenix Plaza
        Nevada Bar No. 6533                           2901 North Central Avenue
17      SANTOR WHITMIRE                               Phoenix, Arizona 85012-2736
        10100 West Charleston Blvd., Ste 250
18      Las Vegas, Nevada 89135
                                                      Mario D. Valencia
19                                                    Nevada Bar No. 6154
        Charles R. Messer                             **Attorney at Law, LLC**
20      CARLSON & MESSER LLP                          40 S. Stephanie St., Ste. 201
        5901 W. Century Blvd., Ste. 1200             Henderson, Nevada 89012
21      Los Angeles, California 90045

22                                                    Attorneys for Defendants Trench France,
        Attorneys for Plaintiffs                      S.A.A. and Trench Limited

23

24 IT IS SO ORDERED:

25      DATED:_____12-31-2019_____

26

27      _____
        UNITED STATES MAGISTRATE JUDGE

28