| | |
|---|---|
| 1 | CURTIS J. BUSBY |
| | Nevada Bar No. 6581 |
| 2 | **BOWMAN AND BROOKE LLP** |
| | 2901 North Central Avenue, Suite 1600 |
| 3 | Phoenix, Arizona 85012 |
| | (602) 643-2300 (Telephone) |
| 4 | (602) 248-0947 (Facsimile) |
| | curtis.busby@bowmanandbrooke.com |
| 5 | |
| | MARIO D. VALENCIA |
| 6 | Nevada Bar No. 6154 |
| | **ATTORNEY AT LAW, LLC** |
| 7 | 40 S. Stephanie St., Ste. 201 |
| | Henderson, Nevada 89012 |
| 8 | (702) 384-7494 (Telephone) |
| | (702) 384-7545 (Facsimile) |
| 9 | valencia.mario@gmail.com |
| 10 | ANDREW S. CHAMBERLIN |
| | Admitted *pro hac vice* |
| 11 | **ELLIS & WINTERS LLP** |
| | 300 North Greene Street, Suite 800 |
| 12 | Greensboro, North Carolina 27401 |
| | (336) 217-4195 (Telephone) |
| 13 | (336) 217-4193 (Facsimile) |
| | andrew.chamberlin@elliswinters.com |
| 14 | |
| | Attorneys for Defendants Trench France, S.A.S. and Trench Limited |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy, | Case No. 2:19-cv-01252-JAD-VCF |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| v. | |
| TRENCH FRANCE, S.A.S. and TRENCH LIMITED, | |
| Defendants. | |

Plaintiffs filed their Motion for Leave to File a Second Amended Complaint on January 31, 2020 (ECF No. 49). Defendants Trench Limited and Trench France, S.A.S. (collectively "Defendants") deadline to respond is currently February 14, 2020. Plaintiffs and Defendants, by and through their respective counsel undersigned, hereby stipulate and respectfully request an order that

22055686v1

Defendants shall have up to and including February 21, 2020 to respond to Plaintiffs' Motion for Leave to File a Second Amended Complaint.

This extension is made in good faith and not for purpose of delay.

DATED this 14th day of February, 2020.

| **SANTORO WHITMIRE** | **BOWMAN AND BROOKE LLP** |
|---|---|
| By: /s/James E. Whitmire (with permission) | By: /s/Curtis J. Busby |
| Nicholas J. Santoro<br>Nevada Bar No. 532<br>James E. Whitmire<br>Nevada Bar No. 6533<br>10100 West Charleston Blvd., Ste 250<br>Las Vegas, Nevada 89135 | Curtis J. Busby<br>Nevada Bar No. 6581<br>Suite 1600, Phoenix Plaza<br>2901 North Central Avenue<br>Phoenix, Arizona 85012-2736 |
| Charles R. Messer<br>**CARLSON & MESSER LLP**<br>5901 W. Century Blvd., Ste. 1200<br>Los Angeles, California 90045 | Mario D. Valencia<br>Nevada Bar No. 6154<br>**Attorney at Law, LLC**<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012 |
| Attorneys for Plaintiffs | Andrew S. Chamberlin<br>Admitted pro hac vice<br>**ELLIS & WINTERS LLP**<br>300 North Greene Street, Suite 800<br>Greensboro, North Carolina 27401 |
| | Attorneys for Defendants Trench France, S.A.A. and Trench Limited |

IT IS SO ORDERED:

DATED: 2-20-2020

_____
UNITED STATES MAGISTRATE JUDGE