NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
**SANTORO WHITMIRE**
10100 West Charleston Blvd., Ste. 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
          jwhitmire@santoronevada.com

Charles R. Messer
California Bar No. 101094
**CARLSON & MESSER LLP**
5901 W. Century Blvd., Ste. 1200
Los Angeles, CA 90045
Telephone (310) 242-2202
Email: messerc@cmtlaw.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Nevada Power Company and
Sierra Pacific Power Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy,<br><br>Plaintiffs,<br><br>v.<br><br>TRENCH FRANCE, S.A.S. and TRENCH LIMITED,<br><br>Defendants. | Case No. 2:19-cv-01252-JAD-VCF<br><br>**STIPULATION TO EXTEND TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiffs filed their Motion for Leave to File a Second Amended Complaint on January 31, 2020 (Doc. 49). Pursuant to a Stipulation and Order, the Defendants' filed their Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint on February 21, 2020 (Doc. 60).

Plaintiffs' current deadline to file a Reply Brief is February 28, 2020.

{00130787;1}     21839119v1

Plaintiffs and the Trench defendants, by and through their respective counsel undersigned, hereby stipulate and respectfully request an order that Plaintiffs shall have one additional week, to and including March 6, 2020, to file their Reply to the Trench Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint.

This extension is made in good faith and not for purpose of delay.

DATED this 24th day of February, 2020.

| SANTORO WHITMIRE | BOWMAN AND BROOKE LLP |
|---|---|
| By: /s/James E. Whitmire (with permission) | By: /s/Curtis J. Busby |
| Nicholas J. Santoro | Curtis J. Busby |
| Nevada Bar No. 532 | Nevada Bar No. 6581 |
| James E. Whitmire | Suite 1600, Phoenix Plaza |
| Nevada Bar No. 6533 | 2901 North Central Avenue |
| SANTOR WHITMIRE | Phoenix, Arizona 85012-2736 |
| 10100 West Charleston Blvd., Ste 250 | |
| Las Vegas, Nevada 89135 | Mario D. Valencia |
| | Nevada Bar No. 6154 |
| Charles R. Messer | **Attorney at Law, LLC** |
| CARLSON & MESSER LLP | 40 S. Stephanie St., Ste. 201 |
| 5901 W. Century Blvd., Ste. 1200 | Henderson, Nevada 89012 |
| Los Angeles, California 90045 | |
| | Attorneys for Defendants Trench France, S.A.A. and Trench Limited |
| Attorneys for Plaintiffs | |

IT IS SO ORDERED:

DATED: February 25, 2020

UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

{00130787;1}  21839119v1  2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 24, 2020**, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**, was filed and served via CM/ECF to all parties appearing in this case.

                                **CARLSON & MESSER**

                        By: /s/ Charles R. Messer
                              Charles R. Messer, Esq.
                              5901 W. Century Blvd.,
                              Suite 1200
                              Los Angeles, California 90045