CURTIS J. BUSBY
Nevada Bar No. 6581
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
(602) 643-2300 (Telephone)
(602) 248-0947 (Facsimile)
curtis.busby@bowmanandbrooke.com

MARIO D. VALENCIA
Nevada Bar No. 6154
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
(702) 384-7494 (Telephone)
(702) 384-7545 (Facsimile)
valencia.mario@gmail.com

ANDREW S. CHAMBERLIN
Admitted *pro hac vice*
**ELLIS & WINTERS LLP**
300 North Greene Street, Suite 800
Greensboro, North Carolina 27401
(336) 217-4195 (Telephone)
(336) 217-4193 (Facsimile)
andrew.chamberlin@elliswinters.com

Attorneys for Defendants Trench France, S.A.S. and Trench Limited

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy,<br><br>             Plaintiffs,<br><br>v.<br><br>TRENCH FRANCE, S.A.S. and TRENCH LIMITED,<br><br>             Defendants. | Case No. 2:19-cv-01252-JAD-VCF<br>**ORDER**<br><br>**AMENDED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' RESPONSES TO TRENCH DEFENDANTS' OBJECTION TO FEBRUARY 21, 2020 ORDER AND TRENCH DEFENDANTS' MOTION TO STAY (ECF NO. 54) FEBRUARY 21, 2020 ORDER (ECF NO. 59) PENDING RULING ON OBJECTIONS**<br><br>**(Amended First Request)**<br><br>(ECF No. 73) |

Plaintiffs filed their Response to Trench Defendants' Objections to February 21, 2020 Order and their Response to Trench Defendants' Motion to Stay (ECF No. 64) February 21, 2020 Order

(ECF No. 59) Pending Ruling on Objections on March 20, 2020 (ECF Nos. 68 and 69, respectively). Defendants Trench Limited and Trench France, S.A.S. (collectively "Defendants") deadline to reply was March 27, 2020. Prior to the expiration of that deadline, the Plaintiffs and Defendants stipulated (ECF No. 70) and respectfully requested an order that Defendants shall have up to and including April 3, 2020 to reply to Plaintiffs' Response to Trench Defendants' Objections to February 21, 2020 Order and their Response to Trench Defendants' Motion to Stay (ECF No. 64) February 21, 2020 Order (ECF No. 59) Pending Ruling on Objections. The court denied the request without prejudice on March 31, 2020 (ECF No. 72).

Pursuant to LR IA 6-1, defendants amend their requested extension in light of scheduling difficulties created by the COVID-19 pandemic. As this Court is aware, COVID-19 is a global pandemic of unprecedented scope, both in terms of worldwide public health and economic distress. The President has declared it a national emergency and the Governor of Nevada ordered a closure of all non-essential businesses. Local, national, and global declarations from the Governors from many States, the President of the United States, the Centers for Disease Control, and the World Health Organization, all emphasize that work routines at every level have, and must be, disrupted due to the spread of COVID-19. *See* CDC, *Interim Guidance for Businesses and Employers* (2020), *available at* https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html; EEOC, *Pandemic Preparedness in the Workplace and the Americans with Disabilities Act* (2020), *available at* https://www.eeoc.gov/facts/pandemic_flu.html; OSHA, *Guidance on Preparing Workplaces for COVID-19* (2020), *available at* https://www.osha.gov/Publications/OSHA3990.pdf.

Counsel for defendants are working remotely and having to coordinate with clients and local counsel, who are also all working remotely. These circumstances have created some logistical difficulties. As such, the Trench defendants timely requested Plaintiffs' counsel's consent to extend the briefing deadline by only one week, and Plaintiffs agreed. For these reasons, the parties amend their first request that Defendants shall have up to and including April 3, 2020 to reply to Plaintiffs' Response to Trench Defendants' Objections to February 21, 2020 Order and their Response to Trench Defendants' Motion to Stay (ECF No. 64) February 21, 2020 Order (ECF No. 59) Pending Ruling on Objections.

This extension is made in good faith and not for purpose of delay.

DATED this 31st day of March, 2020.

**SANTORO WHITMIRE**

By: /s/James E. Whitmire (with permission)
    Nicholas J. Santoro
    Nevada Bar No. 532
    James E. Whitmire
    Nevada Bar No. 6533
    10100 West Charleston Blvd., Ste 250
    Las Vegas, Nevada 89135

    Charles R. Messer
    **CARLSON & MESSER LLP**
    5901 W. Century Blvd., Ste. 1200
    Los Angeles, California 90045

    Attorneys for Plaintiffs

**BOWMAN AND BROOKE LLP**

By: /s/Curtis J. Busby
    Curtis J. Busby
    Nevada Bar No. 6581
    Suite 1600, Phoenix Plaza
    2901 North Central Avenue
    Phoenix, Arizona 85012-2736

    Mario D. Valencia
    Nevada Bar No. 6154
    **Attorney at Law, LLC**
    40 S. Stephanie St., Ste. 201
    Henderson, Nevada 89012

    Andrew S. Chamberlin
    Admitted pro hac vice
    **ELLIS & WINTERS LLP**
    300 North Greene Street, Suite 800
    Greensboro, North Carolina 27401

    Attorneys for Defendants Trench France, S.A.A. and Trench Limited

IT IS SO ORDERED:

    Dated: April 1, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE