NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
**SANTORO WHITMIRE**
10100 West Charleston Blvd., Ste. 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
         jwhitmire@santoronevada.com

Charles R. Messer
California Bar No. 101094
**CARLSON & MESSER LLP**
5901 W. Century Blvd., Ste. 1200
Los Angeles, CA 90045
Telephone (310) 242-2202
Email: messerc@cmtlaw.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs Nevada Power Company and Sierra Pacific Power Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy,<br><br>Plaintiffs,<br><br>v.<br><br>TRENCH FRANCE, S.A.S. and TRENCH LIMITED,<br><br>Defendants. | Case No. 2:19-cv-01252<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE PERTAINING TO DEFENDANTS' RULE 12(b)(2) AND RULE 12(b)(6) MOTIONS TO DISMISS**<br><br>ECF Nos 99, 101 |

On June 25, 2020, Defendants Trench Limited and Trench France S.A.S. filed separate Motions to Dismiss the Second Amended Complaint pursuant to Rules 12(b)(2) and 12(b)(6). See ECF Nos. 96 and 97. The Plaintiffs' responses to both motions are currently due on July 9, 2020 and the Defendants' reply briefs in support of the motions to dismiss are currently due on July 16, 2020.

Also on June 25, 2020, the Defendants filed a Motion to Extend Time, to modify the briefing

schedule on their Motions. See ECF no. 99.

As noted in the Motions, jurisdictional discovery is open until August 10, 2020. The jurisdictional discovery which is currently pending are the Plaintiffs' June 18, 2020 Requests for Production, which were served on both Defendants. The Plaintiffs anticipate that this jurisdictional discovery will provide a basis for additional briefing on the Defendant's Rule 12(b)(2) motion to dismiss for lack of jurisdiction. The defendant's discovery responses and document productions are not due until July 21, 2020, which is after the current July 9, 2020 response deadline.

The parties wish to avoid the expense and inefficiency of filing two briefs (a pre-discovery brief, and a post-discovery brief) on the Rule 12(b)(2) motion. A single post-discovery brief on jurisdiction should be sufficient. In addition, the parties seek a short extension of the briefing schedule on the 12(6)(6) motions due to the intervening Independence Day holiday.

For those reasons, the Plaintiffs and the Trench defendants, by and through their respective counsel undersigned, hereby stipulate and respectfully request an order that Plaintiffs shall have until August 31, 2020 to file their response to the Defendants' Rule 12(b)(2) motions to dismiss (ECF Nos. 96 and 97) and Defendants' shall have until September 14, 2020 to file their reply briefs in support of the Rule 12(b)(2) motion to dismiss (ECF Nos. 96 and 97).

Further, the Plaintiffs' response to the Rule 12(b)(6) motion (ECF Nos. 96 and 97) shall be due on July 16, 2020 and the Defendants' shall have until July 30, 2020 to file their reply brief in support of the Rule 12(b)(6) motions to dismiss (ECF Nos. 96 and 97).

If granted, this Stipulation and Order will resolve the Defendants' Motion to Extend Time, ECF no. 99.

These extensions are made in good faith and not for purpose of delay.

DATED this 30th day of June, 2020.

**SANTORO WHITMIRE**                                **BOWMAN AND BROOKE LLP**


By: /s/James E. Whitmire (with permission)

| | |
|---|---|
| Nicholas J. Santoro<br>Nevada Bar No. 532<br>James E. Whitmire<br>Nevada Bar No. 6533<br>SANTOR WHITMIRE<br>10100 West Charleston Blvd., Ste 250<br>Las Vegas, Nevada 89135<br><br>Charles R. Messer (*pro hac vice*)<br>CARLSON & MESSER LLP<br>5901 W. Century Blvd., Ste. 1200<br>Los Angeles, California 90045<br><br>Attorneys for Plaintiffs Nevada Power Company and Sierra Pacific Power Company | By: /s/Curtis J. Busby (with permission)<br><br>Curtis J. Busby<br>Nevada Bar No. 6581<br>Suite 1600, Phoenix Plaza<br>2901 North Central Avenue<br>Phoenix, Arizona 85012-2736<br><br>Mario D. Valencia<br>Nevada Bar No. 6154<br>**Attorney at Law, LLC**<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012<br><br>Attorneys for Defendants Trench France, S.A.S. and Trench Limited |

## ORDER

Based on the parties' stipulation **[ECF No. 101]** and good cause appearing, IT IS SO ORDERED. Plaintiffs' deadline to respond to the FRCP 12(b)(2) portion of the motion to dismiss (docketed as ECF No. 96) is extended to August 31, 2020, and the Trench defendants' reply is due September 14, 2020; Plaintiffs' deadline to respond to the FRCP 12(b)(6) portion of the motion to dismiss (docketed as ECF No. 97) is extended to July 16, 2020, and the Trench defendants' reply is due July 30, 2020.

The motion to extend deadlines **[ECF No. 99]** is DENIED as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 2, 2020