| | |
|---|---|
| 1 | CURTIS J. BUSBY |
|   | Nevada Bar No. 6581 |
| 2 | **BOWMAN AND BROOKE LLP** |
|   | 2901 North Central Avenue, Suite 1600 |
| 3 | Phoenix, Arizona 85012 |
|   | (602) 643-2300 (Telephone) |
| 4 | (602) 248-0947 (Facsimile) |
|   | curtis.busby@bowmanandbrooke.com |
| 5 | |
|   | MARIO D. VALENCIA |
| 6 | Nevada Bar No. 6154 |
|   | **ATTORNEY AT LAW, LLC** |
| 7 | 40 S. Stephanie St., Ste. 201 |
|   | Henderson, Nevada 89012 |
| 8 | (702) 384-7494 (Telephone) |
|   | (702) 384-7545 (Facsimile) |
| 9 | valencia.mario@gmail.com |
| 10 | ANDREW S. CHAMBERLIN |
|   | Admitted *pro hac vice* |
| 11 | **ELLIS & WINTERS LLP** |
|   | 300 North Greene Street, Suite 800 |
| 12 | Greensboro, North Carolina 27401 |
|   | (336) 217-4195 (Telephone) |
| 13 | (336) 217-4193 (Facsimile) |
|   | andrew.chamberlin@elliswinters.com |
| 14 | |
|   | Attorneys for Defendants Trench France, S.A.S. and Trench Limited |
| 15 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy, | Case No. 2:19-cv-01252 |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF TRENCH FRANCE'S MOTION TO APPOINT COMMISSIONER FOR DISCOVERY IN FRANCE (ECF No. 106)** |
| v. | |
| TRENCH FRANCE, S.A.S. and TRENCH LIMITED, | |
| Defendants. | **(First Request)** |

Defendant Trench France, S.A.S ("Trench France") filed its Motion to Appoint Commissioner For Discovery In France on August 4, 2020. See ECF No. 106. Plaintiffs filed their opposition to the

Motion to Appoint Commissioner on August 18, 2020. See ECF No. 107. The current deadline for Trench France to file a reply in support of the Motion to Appoint Commissioner is August 25, 2020.

Plaintiffs and Trench France, by and through their respective counsel undersigned, hereby stipulate and respectfully request an order to extend the deadline for it to submit a reply brief in support of the Motion to Appoint Commissioner by ten (10) days, up to and including September 4, 2020.

Given the complexity of the issues involved in the Motion to Appoint Commissioner and Plaintiff's opposition to that motion, as well as the counsel for the Trench Defendants' preparation of a document production in compliance with this Court's orders allowing jurisdictional discovery, Trench France reasonably requires additional time to prepare its reply brief in support of the Motion to Appoint Commissioner. This extension request is made in good faith and not for the purpose of delay.

DATED this 26th day of August, 2020.

| **SANTORO WHITMIRE** | **BOWMAN AND BROOKE LLP** |
|---|---|
| By: /s/James E. Whitmire (with permission)<br>Nicholas J. Santoro<br>Nevada Bar No. 532<br>James E. Whitmire<br>Nevada Bar No. 6533<br>SANTOR WHITMIRE<br>10100 West Charleston Blvd., Ste 250<br>Las Vegas, Nevada 89135<br><br>Charles R. Messer<br>CARLSON & MESSER LLP<br>5901 W. Century Blvd., Ste. 1200<br>Los Angeles, California 90045<br><br>Attorneys for Plaintiffs | By: /s/Curtis J. Busby<br>Curtis J. Busby<br>Nevada Bar No. 6581<br>Suite 1600, Phoenix Plaza<br>2901 North Central Avenue<br>Phoenix, Arizona 85012-2736<br><br>Mario D. Valencia<br>Nevada Bar No. 6154<br>**Attorney at Law, LLC**<br>40 S. Stephanie St., Ste. 201<br>Henderson, Nevada 89012<br><br>Attorneys for Defendants Trench France, S.A.A. and Trench Limited |

IT IS SO ORDERED:

DATED: 8-28-2020

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that ECF No. 110 is DENIED as MOOT.

23058552v1