Charles R. Messer
California Bar No. 101094
CARLSON & MESSER LLP
5901 W. Century Blvd., Ste. 1200
Los Angeles, CA 90045
Telephone (310) 242-2202
Email: messerc@cmtlaw.com
Admitted *Pro Hac Vice*

NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 West Charleston Blvd., Ste. 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
          jwhitmire@santoronevada.com

*Attorneys for Plaintiffs Nevada Power Company and Sierra Pacific Power Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA POWER COMPANY doing business as NV Energy and SIERRA PACIFIC POWER COMPANY doing business as NV Energy,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>TRENCH FRANCE, S.A.S. and TRENCH LIMITED,<br><br>                    Defendants. | No.  2:19-CV-01252-JAD VCF<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES' BRIEFING IN CONNECTION WITH DEFENDANTS' RULE 12(b)(2) MOTIONS TO DISMISS**<br><br>**(Second Request)**<br><br>ECF Nos. 114, 116 |

Plaintiffs and Defendants, by and through their undersigned counsel of record, state the following:

{00138789;1}

1. On June 25, 2020, Defendants Trench Limited and Trench France S.A.S. filed Motions to Dismiss the Second Amended Complaint pursuant to Rules 12(b)(2) and 12(b)(6) ("the Subject Motions"). ECF Nos. 96 and 97.

2. On June 30, 2020, the parties filed a Stipulation to extend the briefing schedule on the defendants' motions. ECF No. 101.

3. On July 2, 2020, the Court issued an Order which granted the parties' requested briefing schedule. ECF No. 102. Briefing on the Rule 12(b)(6) motions is complete, but under that Order, the Plaintiffs' Responses to the Rule 12(b)(2) motions are due on August 31, 2020, and Replies are due on September 14, 2020. See ECF No. 102.

4. The parties' first June 30, 2020 Stipulation, and this second Stipulation, both request modification of the briefing schedule to avoid the time and expense of preparing a set of pre-discovery briefs, and then a set of post-discovery briefs which relate to Nevada jurisdiction.

5. On July 22, 2020, the Defendants served Responses to Requests for Production which stated that certain records would be produced after a Protective Order was entered by the Court. The parties met and conferred to resolve their differences about a Protective Order, and on August 21, 2020, the court entered the Protective Order. ECF No. 109.

6. On August 28, 2020, Defendants provided an electronic link to their documents to Plaintiffs that relate to jurisdictional discovery. Plaintiffs' initial estimate is that the Defendants have produced at least several thousand pages of records.

7. Plaintiffs need more time than a weekend to evaluate the Defendants' records, and to write post-discovery Responses to the Rule 12(b)(2) motions to dismiss. The parties' first June 25, 2020 Stipulation provided the Plaintiffs with forty (40) days from the initial production date of July 22 to the August 31 filing deadline, and it allowed the Defendants with fourteen (14) days to file Reply Briefs.

8. For these reasons, and to avoid the time and expense of writing and filing both pre-discovery briefs and post-discovery briefs relating to the Rule 12(b)(2) motions, the Plaintiffs and the Defendants hereby stipulate and respectfully request an order that Plaintiffs shall have until October 9, 2020 to file their response to the Defendants' Rule 12(b)(2) motions to dismiss

9. For those same reasons, the parties stipulate and request that the Defendants may have until October 23, 2020 to file their Reply briefs in support of their Rule 12(b)(2) motions to dismiss.

10. These requests for extensions of time are made with good cause, in good faith and not for purpose of delay.

DATED this 28th day of August, 2020.

**SANTORO WHITMIRE**

*/s/ James E. Whitmire*
JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: 702.948.8771

*Attorneys for Plaintiffs*

DATED this 28th day of August, 2020.

**BOWMAN & BROOKE LLP**

*/s/ Curtis J. Busby*
CURTIS J. BUSBY
Nevada State Bar No. 6581
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, AZ 85012-2736

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF Nos. 114, 116]** and good cause appearing, IT IS HEREBY ORDERED that the deadline for plaintiffs' response to the Rule 12(b)(2) portion of the defendants' motion to dismiss [ECF Nos. 96, 97] is extended to 10/9/2020, and the deadline for defendants' reply is extended to 10/23/2020.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 1, 2020