**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| NEVADA POWER COMPANY d/b/a NV Energy and SIERRA PACIFIC POWER COMPANY d/b/a NV Energy,<br><br>          Plaintiff,<br><br>vs.<br><br>TRENCH FRANCE, S.A.S. and TRENCHLIMITED,<br><br>          Defendant. | 2:19-cv-01252-JAD-VCF<br><br>**ORDER** |

      Before the Court is *Nevada Power d/b/a NV Energy and Sierra Pacific Power Company d/b/a NV Energy v. Trench France, S.A.S. and Trenchlimited*, case no. 2:19-cv-1252-JAD-VCF.

      Accordingly,

      IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, November 16, 2020, is RESCHEDULED to a telephonic hearing at 10:30 AM, November 16, 2020.

      The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

      DATED this 26th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE